UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES H. HUNDLEY, JR.,

Plaintiff,

v.

WAYNE SALISBURY, et al.,

Defendants.

C.A. No. 1:23-cv-00135-JJM-PAS

## ORDER

For the reasons stated on the record at the conference on September 17, 2025, Plaintiff's Motion to Compel (ECF No. 59) is GRANTED IN PART and DENIED IN PART as follows:

The Motion is GRANTED and the Defendants must complete their responses and supplement as soon as possible, but in no event more than 30 days after the entry of the order, as to the following:

- Supplement the responses to requests for production and interrogatories based on the recent incident at which another inmate was burned at Medium Security, wherein responses to requests for production that are incident reports be disclosed according to the Protective Order currently in place and designated as Highly Confidential – Plaintiff Review Only, and any medical records or photographs disclosed be designated as "Attorneys Eyes Only";

- Supplement response, to the extent that there are any more documents to supplement, to Plaintiff's Second Request for Production ("Request") No. 1, provided Defendants are still afforded the right to supplement their response should further facts and information come to light in the course of witness depositions;

- Supplement response to Request No. 4 to provide, to the extent there are any, all non-privileged communications between Defendants or between Defendants and third parties regarding the Complaint;

- Complete response to Request No. 2 with any photographs in its possession which depict Plaintiff's left forearm and face. Should Defendants later discover any photographs that were in the possession, custody, or control of Defendants depicting the Plaintiff's left forearm that are favorable to the Defendants, those photographs will be precluded 30 days after the entry of this order;

- Produce all documents responsive to Request No. 3, unredacted but on an Attorney's Eyes Only basis;

- In connection with Request No. 13, Defendants will supplement their response to Plaintiff's First Set of Requests for Production of Documents, Request No. 2, related to video footage of the alleged incident to establish that there was no video preserved of the alleged incident and to establish that the area where the alleged incident took place was viewable by video surveillance;

- For Request No. 18, supplement production to unredact references to Plaintiff, if any;

- For Request No. 23, supplement response to establish number of first and second-level grievances filed from January to June 2022;

- Produce photographs of the water spigots in Medium Security and of the mechanisms for inmates to get hot water at other locations responsive to Request No. 24, subject to current Protective Order;

- Provide a privilege log for any documents withheld on the basis of the privilege that pre-date the filing of the original Complaint;

- For the Department of Corrections' response to Interrogatory No. 3, identify any named Defendants who received communications about the incident reports detailing similar inmate hot water burns from water spigots in Medium Security;

- For the Department of Corrections' response to Interrogatory No. 12, produce the documents referred to pursuant to Rule 33(d); and

- Provide all facts in response to the four contention interrogatories, with the understanding that the Defendants reserve the right to supplement their responses should more facts or information come to light in witness depositions.[1]

The Motion is DENIED as to:

- Request No. 6;

- Interrogatory No. 11 to Defendant Salisbury;

- and the request for fees.

---

[1] Interrogatory Nos. 8-11 to the Department of Corrections; Interrogatory Nos. 9-12 to Vicino and Claros; Interrogatory Nos. 7-10 to Salisbury and Butterworth.

Submitted by:

| | |
|---|---|
| **STATE DEFENDANTS** | JAMES H. HUNDLEY, JR. |
| By their attorneys, | By His Attorneys, |
| **PETER F. NERONHA<br>ATTORNEY GENERAL** | |
| */s/ Lisa Raimondi*<br>Lisa Raimondi, #10606<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400 ext. 2021<br>(401) 222-2995 Fax<br>Lraimondi@riag.ri.gov | /s/ *Rebecca F. Briggs*<br>Rebecca F. Briggs (#8114)<br>Hinckley, Allen & Snyder LLP<br>100 Westminster Street, Suite 1500<br>Providence, RI 02903-2319<br>T: (401) 274-2000<br>F: (401) 277-9600<br>rbriggs@hinckleyallen.com |

Submitted: September 19, 2025

So ordered    September 22, 2025

_____
Magistrate Judge Patricia A. Sullivan
United States District Court for the District of Rhode Island

4